# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mike Adams, et al., <br><br> Plaintiffs <br><br> vs. <br><br> Arnett Transportation Services, Inc., an Arizona corporation, <br><br> Defendant | No. CIV 99-1901 PHX-RGS <br><br> **ORDER** |

Pursuant to the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED dismissing this action with prejudice, all parties to bear their own costs and attorneys' fees.

DATED: January 2, 2001

                                              _____
                                              Roger G. Strand
                                              United States District Judge

::odma\grpwise\jss.legal.jsslib99:751792.1/34966-15